No. 167. UNGAR *v.* SARAFITE, JUDGE. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Emanuel Redfield* for appellant. *Frank S. Hogan* and *H. Richard Uviller* for appellee.

No. 116. HOSTETTER ET AL. *v.* IDLEWILD BON VOYAGE LIQUOR CORP. Appeal from the United States District Court for the Southern District of New York. Probable jurisdiction noted. MR. JUSTICE BRENNAN took no part in the consideration or decision of this case. *Louis J. Lefkowitz,* Attorney General of New York, *George D. Zuckerman,* Assistant Attorney General, and *Irving Galt,* Assistant Solicitor General, for appellants. *Charles H. Tuttle* and *John F. Kelly* for appellee.

No. 235. UNITED STATES *v.* WELDEN. Appeal from the United States District Court for the District of Massachusetts. Probable jurisdiction noted. *Assistant Attorney General Orrick, Ralph S. Spritzer, Robert B. Hummel* and *Irwin A. Seibel* for the United States. *Edward B. Hanify* for appellee.

No. 137. MASSACHUSETTS TRUSTEES OF EASTERN GAS & FUEL ASSOCIATES *v.* UNITED STATES. C. A. 1st Cir. Certiorari granted. *J. Franklin Fort, James S. Eastham*